UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
PAMELA A METRAS

CHAPTER 13  
CASE NO. 05-82921-PJS  
JUDGE PHILLIP J SHEFFERLY

Debtor _____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| PAMELA A METRAS<br>1608 BIRCHCREST DRIVE<br>DEARBORN, MI 48124 | 0 | 0 | Debtor Refund Unclaimed | 3399035 | $6.80 |
| TOTAL | | | | | $6.80 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT  
Krispen S. Carroll, Chapter 13 Standing Trustee

August 19, 2010

/s/ KRISPEN S. CARROLL  
KRISPEN S. CARROLL (P49817)  
719 Griswold  
Suite 1100  
Detroit, MI 48226  
(313) 962-5035  
notice@det13ksc.com